**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 16 EAL 2019

            Respondent        :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

           v.                 :

HOSEA BOYD,              :

            Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is

**DENIED**.